IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TEODORO RIVERO DIODONET,
MARIO LUGO LÓPEZ,

Plaintiffs

v.                                                          CIVIL 97-1555 (PG)

HERNÁNDEZ MONTERO, WARDEN,

Defendant

---

## O R D E R

Respondent is granted 30 days to reply to petitioners' request of September 21, 1999.

In San Juan, Puerto Rico, this 22nd day of November, 1999.


JUSTO ARENAS
United States Magistrate Judge