IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TEODORO RIVERO DIODONET,
MARIO LUGO LÓPEZ,

Plaintiffs

v.

HERNÁNDEZ MONTERO, WARDEN,

Defendant

CIVIL 97-1555 (PG)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Setting Aside of Grant of Thirty Days for Respondents to Reply to the September 21, 1999 Motion Filed by Plaintiffs, 11-24-99. | 24 | Denied. |

In San Juan, Puerto Rico, this 2nd day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

s/c DOJ

(2)