UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 27 AM 6:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TEODORO RIVERA DIODONET, et al.,
    Plaintiffs,

v.                              Civil No. 97-1555(PG)

HERNANDEZ-MONTERO, WARDEN
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #27 - Reply And Opposition To Plaintiff's "Motion Requesting Aside Of Dismissal, Amendment Of habeas corpus Petition To Include New Petitioner, And Request For Order Of Release Addressed To Defendant. | Granted. The Court will not set aside its Order of Dismissal |

Date: ~~January~~ March 23, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

28