# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 11 PM 2: 54

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Teodoro Rivera Diodonet, et al.**

Plaintiffs

CIVIL CASE: 97-1555 (PG)

vs.

**Hernandez-Montero, Warden**

Defendant

---

## ORDER

Motion to Proceed in Forma Pauperis

☒ GRANTED
☐ DENIED

Dkt # 26

Filed   December 10, 1999

_____
4-10-00
Date

_____
United States District Judge

Lugo
4/11/00